**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02011-REB

MARK H. McCLEARY,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

**ORDER**

---

**Blackburn, J.**

      This matter is before me *sua sponte*.  It has come to the court's attention that the parties previously indicated their intention to consent to the resolution of this case by a United States Magistrate Judge.  (*See* **Joint Case Management Plan for Social Security Cases** ¶ 10 at 3 [#9],[1] filed October 17, 2014.)  Despite this ostensible agreement, the parties have not yet filed the form of consent required by **D.C.COLO.LCivR** 72.2(d) to permit the exercise of consent jurisdiction by a magistrate judge.

      The court thus finds that a telephonic status conference is necessary to clarify this issue.

      **THEREFORE, IT IS ORDERED** as follows:

---

    [1]  "[#12]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

1.  That the court shall conduct a telephonic (non-appearance) status conference on **Thursday, May 28, 2015**, at **10:30 a.m.** (MDT), at which time counsel for both parties shall contact the court's Judicial Assistant at **(303) 335-2350** to discuss the parties' ostensible consent to reassigning this matter to the jurisdiction of the magistrate judge, as indicated by their previous submission to the court; and

2.  That counsel for plaintiff shall arrange, initiate, and coordinate the conference call necessary to facilitate the status conference.

Dated May 22, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge